UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 NOV 30 PM 12: 37
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

ANTONIO CORDOVA GONZALEZ
    Plaintiff,

v.                          Civil No. 97-1672(PG)

UNITED STATES OF AMERICA,
    Respondent.

After previously denying Cordova's U.S.S.G. § 2255 motion the Court has considered and resolved the following motions

| MOTION | ORDER |
|---|---|
| Docket #47 - pro se Plaintiff's Motion for production of Documents. | Moot |
| Docket #67 - Plaintiffs Motion for Leave to Amend 2255 Motion. | Moot |
| Docket #68 - Plaintiff's Motion Requesting "preferential emergency" setting of matter and immediate adjudication | Moot |
| Docket #73 - Plaintiff's Request to Be Released on Bond While 2255 Motion is Adjudicated | Denied |
| Docket #81-1 - Plaintiff's Request for a De Novo Review | Denied |
| Docket #81-2 - Plaintiff's Request for an Evidentiary Hearing Before a Judge Other than the Sentencing Judge | Denied |
| Docket #83 - Plaintiff's Motion for Hearing to Consider the Magistrate Judge's Report and Recommendation | Denied |

| | |
|---|---|
| Docket #84 - Plaintiff's Request for the Courts Aid in Subpoening Witnesses and For the Government to Produce Telephone Conversations and Several Documents | Moot |
| Docket #85 - Plaintiff's Request for Release on Bond Pending Final Adjudication of § 2255 Motion | Moot |
| Docket #86-2 - Plaintiff's Request that all Further Proceedings be Held Before a Judge Other than Perez-Gimenez | Denied |
| Docket #87-1 - Motion to Strike; Request for Disciplinary Action | Denied |
| Docket #88-1 - Plaintiff's Motion for Habeas Corpus and AD Prosecumdum and Testificadum | Denied |
| Docket #88-2 - Plaintiff's Motion to Suppress | Denied |
| Docket #88-3 - Plaintiff's Motion for Downward Departure | Denied |
| Docket #88-4 - Plaintiff's Motion to Strike the Magistrate Judge's Report and Recommendation | Denied |
| Docket # 88-5 - Plaintiff's Request that the Court Consider to Vacate and Resentence Before Any Other Pending Motion Including Petition Under 2255 | Denied |
| Docket # 92-1 - Plaintiff's Motion to Consolidate all Allegations Filed To Date | Denied |
| Docket # 92-3 - Plaintiff's Request to be Released on Bond Pending Final Adjudication | Denied |

| | |
|---|---|
| Docket # 93 - Plaintiff's Motion Proposing A Stipulation and Consent for Entering of Judgment | Denied |
| Docket #95-1 - Plaintiff's Motion in Support of Previous Prayers for Indulgence and Humane Reasons | Noted |

Date: _November 28_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge