UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ANTONIO CORDOVA GONZALEZ,

Plaintiff

v.                                    Civ. No. 97-1672(PG)

UNITED STATES OF AMERICA,

Defendant

ENTERED ON DOCKET
11/30/00 PURSUANT
TO FRCP RULES 58 & 79a

## JUDGMENT

Having Approved and Adopted *in toto* the Magistrate Judge's Report and Recommendation advising that petitioner's 28 U.S.C. §2255 motion be dismissed in its entirety, it is hereby

**ORDERED and ADJUDGED** that the instant action be **DISMISSED**.

San Juan, Puerto Rico, _November_, 28, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev.8/82)