UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Antonio Cordova-Gonzalez,
    Plaintiff,

    v.                                Civ. No. 97-1672(PG)

United States of America,

    Respondent.

| MOTION | ORDER |
|---|---|
| Docket #103(a) - Request for Leave to Proceed in Forma Pauperis | Moot. Defendant has previously been authorized to proceed in forma Pauperis. |
| Docket #103(b) - Petition for Bond on Appeal | Denied |

Date: _January 9_, 2001.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge