UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANTONIO CORDOVA GONZALEZ
    Plaintiff,

       v.                           Civil No. 97-1672(PG)

UNITED STATES OF AMERICA,
    Respondent.

| MOTION | ORDER |
|---|---|
| Docket # 107 - Motion Praying for the Disqualification of Judge Juan M. Perez Gimenez, to Adjudicate Any Further Matter Forthwith and Hereon | Denied |
| Docket # 108 - Request to Notify Copy of the Motion For Recusal To Other Interested Parties | Denied |

Date: _January 17_, 2001.

                                              JUAN M. PEREZ-GIMENEZ
                                              U.S. District Judge