UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ANTONIO CORDOVA GONZALEZ,

Plaintiff

v.                                       Civ. No. 97-1672(PG)

UNITED STATES OF AMERICA,

Defendant

## ORDER

The matter before the Court is petitioner's motion seeking 1) Amendment to the Original Complaint and 2) Action on the Petition for Writ of Habeas Corpus. Petitioner is well aware that his Habeas Corpus petition as well as his petition for a Certificate of Appealability have been thoroughly considered and decided by orders dated November 28, 2000 and January 10, 2001 respectively. Petitioners case was closed back in November 30, 2000.

The present motions, as do many past motions filed by petitioner, simply fail to bring forth any new arguments or evidence that would tilt the Court's mind, even slightly, towards reconsideration of petitioner's case. Petitioner is wasting the Courts time and is behaving in blatant disregard to the Courts' cluttered calendar. Petitioner is for-warned that as long as he fails to bring forth any new arguments or evidence his future motions will be summarily dealt with. Without question, petitioner's motion is **DENIED** in its entirety.

**IT IS SO ORDERED**.

San Juan, February 28, 2001

JUAN M. PEREZ-GIMENEZ
U. S. District Judge